UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERYL CURTIS,

    Plaintiff,                                                         Case No.:

v.

BLUE RIDGE BY THE LAKE LLC,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW** Plaintiff, SHERYL CURTIS ("Plaintiff" or "Curtis"), by and through her undersigned counsel, and sues Defendant, BLUE RIDGE BY THE LAKE LLC ("Defendant" or "Blue Ridge"), and alleges as follows:

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331, 1367 and 1441(b).

2. Venue lies within the United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

### PARTIES

3. Plaintiff resides in Pinellas County, Florida.

4. Defendant is a Florida limited liability company with its principal place of business in Pinellas County, Florida.

5. Plaintiff was an employee of Defendant and Defendant was an employer of Plaintiff pursuant to the Americans with Disabilities Act and the Florida Civil Rights Act.

## GENERAL ALLEGATIONS

6. At all times material, herein Defendant acted with malice and reckless disregard for Plaintiff's federal and state protected rights.

7. At all times material herein, Plaintiff was qualified to perform her job duties within the legitimate expectations of her employer.

8. At all times material herein, Defendant was and is an employer as defined by the laws under which this action is brought and employee the requisite number of individuals.

9. Plaintiff has been required to retain the undersigned counsel to represent her in this action and is obligated to pay them a reasonable fee for their services.

10. Plaintiff requests a jury trial for all issues so triable.

## ADMINISTRATIVE PREREQUISITES

11. Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") and the Florida Commission on Human Relations ("FCHR") on June 8, 2018. *A copy of Plaintiff's Charge of Discrimination is attached as* **Exhibit A.**

12. On September 12, 2019, the EEOC issued a Dismissal and Notice of Rights related to Plaintiff's Charge of Discrimination. *A copy of the Dismissal and Notice of Rights is attached as* **Exhibit B**. This Complaint has been filed within ninety (90) days of the issuance of the Dismissal and Notice of Rights; therefore, Plaintiff has met all conditions precedent to filing this Complaint.

13. Plaintiff has satisfied all conditions precedent, therefore jurisdiction over this claim is appropriate pursuant to Chapter 760, *Florida Statutes*, because more than one-hundred and eighty (180) days have passed since the filing of the aforementioned Charge.

## FACTUAL ALLEGATIONS

14. In approximately November 2017, Plaintiff began her employment with Defendant as a Registered Nurse Supervisor.

15. On or about May 2, 2018, Plaintiff informed the Director of Nursing, Lakesha Noukhal, that she was scheduled for cataract surgery on May 10, 2018 and May 17, 2018, and provided medical documentation excusing her from work from May 7, 2018 through May 25, 2018. Ms. Noukhal told Plaintiff that she didn't think she could give her that many days off and suggested that Plaintiff take it day by day.

16. Prior to being scheduled for surgery, Plaintiff had picked up additional shifts on May 8, 2018 and May 9, 2018.

17. On or about May 7, 2018, Plaintiff went for her pre-op appointment. She was taken to the ER because her blood pressure was extremely high and was ordered by the ER physician to stay home and rest until her surgery. Plaintiff's sister contacted Ms. Noukhal on her behalf to inform her that Plaintiff would no longer be able to work on May 8, 2018 and May 9, 2018 per doctor's orders.

18. While she was out recovering from her surgeries, Plaintiff learned from a co-worker that Ms. Noukhal filled her position. Plaintiff tried contacting Ms. Noukhal several times to confirm whether this was true, but was unsuccessful.

19. Therefore, on or about May 18, 2018, Plaintiff went into Blue Ridge to try to speak with Ms. Noukhal in person as she was not taking her calls. Plaintiff was told by Ms. Noukhal and Administrator, Deborah Clark, that she was being terminated for a no call no show on May 8, 2018 and May 9, 2018.

## COUNT I
## AMERICANS WITH DISABILITIES ACT AMENDMENTS ACT OF 2008
## "ADAAA"

20. Plaintiff realleges and adopts, as if fully set forth herein, the allegations stated in Paragraphs one (1) through nineteen (19).

21. Plaintiff is an individual entitled to protection under the Americans with Disabilities Act Amendments of 2008 ("ADAAA").

22. Plaintiff is an employee within the meaning of the ADAAA, as amended.

23. Plaintiff is a qualified individual with a disability within the meaning of the ADAAA, because Plaintiff with a reasonable accommodation could perform the essential functions of her job with Defendant.

24. By the conduct described above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff because of her disability. Specifically, Defendant discriminated against Plaintiff by terminating her employment with Defendant.

25. The above described acts of disability discrimination constitute a violation of the ADAAA, as amended, for which Defendant is liable.

26. Defendant's unlawful and discriminatory employment practices toward Plaintiff were intentional.

27. As a direct and proximate result of Defendant's violations of the ADAAA, Plaintiff has suffered damages and has incurred reasonable attorneys' fees and costs.

**WHEREFORE,** Plaintiff, SHERYL CURTIS, respectfully requests that judgment be entered in her favor against Defendant, BLUE RIDGE BY THE LAKE LLC, as follows:

   a. Back pay and benefits;

   b. Prejudgment interest on back pay and benefits;

  c. Front pay and benefits;

  d. Compensatory damages for emotional pain and suffering;

  e. Punitive damages;

  f. Injunctive relief;

  g. Attorneys' fees and costs; and

  h. For any other further relief the Court deems just and proper.

## COUNT II
## FLORIDA CIVIL RIGHTS ACT - DISABILITY

28. Plaintiff realleges and adopts, as if fully set forth herein, the allegations stated in Paragraphs one (1) through nineteen (19).

29. Plaintiff is an individual entitled to protection under the Florida Civil Rights Act, Chapter 760, *Florida Statutes* ("FCRA").

30. Plaintiff is an employee within the meaning of the FCRA.

31. Plaintiff is an individual with a disability.

32. By the conduct described above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff because of her disability. Specifically, Defendant discriminated against Plaintiff by terminating her employment with Defendant.

33. The above described acts of disability discrimination constitute a violation of the FCRA, for which Defendant is liable.

34. Defendant's unlawful and discriminatory employment practices toward Plaintiff were intentional.

35. As a direct and proximate result of Defendant's violations of the FCRA, Plaintiff has suffered damages and has incurred reasonable attorneys' fees and costs.

**WHEREFORE,** Plaintiff, SHERYL CURTIS, respectfully requests that judgment be entered in her favor against Defendant, BLUE RIDGE BY THE LAKE LLC, as follows:

a. Back pay and benefits;

b. Prejudgment interest on back pay and benefits;

c. Front pay and benefits;

d. Compensatory damages for emotional pain and suffering;

e. Punitive damages;

f. Injunctive relief;

g. Attorneys' fees and costs; and

h. For any other further relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

36. Plaintiff requests a jury trial on all issues so triable.

Dated this 9th day of December, 2019.

**FLORIN GRAY BOUZAS OWENS, LLC**

*/s/ Scott L. Terry*
**SCOTT L. TERRY, ESQ.**
Florida Bar No.: 77105
Primary: scott@fgbolaw.com
Secondary: daniela@fgbolaw.com
              e-filing@fgbolaw.com
**WOLFGANG M. FLORIN, ESQ.**
Florida Bar No.: 902004
Primary: wolfgang@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942
*Trial Attorneys for Plaintiff*